CONSENT TO BECOME A PARTY PLAINTIFF

Name: **Christopher Payne**

1. I consent and agree to join as a party plaintiff in the lawsuit filed against Cenikor Foundation, Inc. (19-268-BAJ-RLB) in the Middle District of Louisiana, seeking recovery of overtime pay and unpaid wages.

2. I understand that this lawsuit is filed under the Fair Labor Standards Act and Louisiana state law as a collective action and hereby consent, agree, and opt-in to become a plaintiff herein and be bound by any judgment of the Court or any settlement of the action.

3. I authorize the Stiegler Law Firm, LLC, the Chopin Law Firm LLC, and Mansfield Melancon, Cranmer & Dick LLC to act as my attorneys in the above-titled action, along with any other attorneys who may be associated into this action as plaintiffs' counsel.

4. I consent to having the Representative Plaintiff in the Complaint make decisions regarding the litigation, the manner and method of conducting the litigation, the terms of any potential settlement (including the release of claims), and to entering into an agreement with counsel regarding attorney's fees and costs.

5. In the event that this matter is certified as a collective action and then decertified, I authorize the above-listed attorneys to use this Consent To Become a Party Plaintiff to re-file my claims individually in a separate or related action.

_Christopher Payne (Jun 20, 2019)_
(Signature)

Jun 20, 2019
(Date)